# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-50588
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
March 15, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DAVID PROVENCIO, also known as David Lorenzo Provencio, also known as David Provencio Sandoval, also known as Jose Provencio,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:18-CR-23-1

Before OWEN, GRAVES, and OLDHAM, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent David Provencio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Provencio has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Provencio's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50588

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.